## THOMAS EMERSON *versus* JEAN BAPTISTE BEAUBIEN

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 203; (2) continued *p. 343.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) recognizance; (4) bail piece; (5) declaration; (6) plea of non assumpsit; (7) statement of accounts and notice of set off; (8) precipe for subpoena; (9) subpoena; (10) memo. of payment of clerk's fees.

*1821 Calendar*, MS p. 79.

## DAVID C. McKINSTRY *versus* WILLIAM L. McLAUGHLIN

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 203; (2) discontinued *p. 272.

PAPERS IN FILE: (1) Precipe for capias and order for bail; (2) affidavit of John S. Roby; (3) affidavit of Smith Knapp; (4) capias and return; (5) bail bond.

*1821 Calendar*, MS p. 80. Recorded in *Book B*, MS pp. 142–43.